**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUYEN PHAM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GIVENCHY CORPORATION; and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendant. | Case No. 8:23-cv-00278-DOC-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE AND TO SUBMIT CLAIMS TO BINDING ARBITRATION**<br><br>Complaint filed: December 13, 2022 (originally filed in Orange County Superior Court, Case No. 30-2022-01296954-CU-WT-CJC) |

Upon consideration of the Parties' Joint Stipulation to Stay Case and to Submit Claims to Binding Arbitration, and GOOD CAUSE APPEARING THEREFORE, the Court HEREBY ORDERS the following:

(1) The Parties shall submit this Lawsuit in its entirety to binding arbitration pursuant to the Arbitration Agreement attached to the Parties' Stipulation as Exhibit A and as amended by the Stipulation; and

(2) The Lawsuit is stayed pending completion of binding arbitration in accordance with this Order, at which time the Parties will give notice to the Court regarding the completion of the arbitration.

**IT IS SO ORDERED.**

Dated: April 4, 2023

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE